IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| KATIE D. MCCLARAN; ASHLEY THOMAS; JENNIFER L. ROACH; and JENNIFER L. SHARPE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAROLINA ALE HOUSE OPERATING COMPANY, LLC; LM RESTAURANTS, INC.; and SULLIVAN MANAGEMENT LLC,<br><br>Defendants. | C.A. No. 3:14-cv-03884-MBS<br><br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE PRELIMINARY APPROVAL AND ASSOCIATED SETTLEMENT DOCUMENTS** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.01, the parties jointly move, and for good cause shown,

IT IS HEREBY ORDERED that the parties' Joint Motion for Extension of Time to File Preliminary Approval and Associated Settlement Documents is GRANTED and the deadline to file such Motion shall be extended through and including April 3, 2015.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
MARGARET B. SEYMOUR
SENIOR UNITED STATES DISTRICT JUDGE

March 30, 2015
Columbia, South Carolina